441 F.2d 275
 UNITED STATES of America, Plaintiff-Appellee,
v.
James Walter KING, Defendant-Appellant.
No. 30826 Summary Calendar.*
*Rule 18, 5 Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Company of New York et al., 5 Cir. 1970,
431 F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 April 8, 1971.
 
 J. Kennedy Hutcheson (court-appointed), Hutcheson, Forbes & Lassiter, Jacksonville, Fla., for defendant-appellant.
 John L. Briggs, U.S. Atty., Aaron K. Bowden, Asst. U.S. Atty., Jacksonville, Fla., for plaintiff-appellee.
 Appeal from the United States District Court for the Middle District of Florida, Sherrill Halbert, Senior District Judge.
 Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966